

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00270-CV

**IN THE INTEREST OF D.M.M., JR.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02280
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on June 13, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court